**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Dunson,* Slip Opinion No. 2018-Ohio-5213.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

THE STATE OF OHIO, APPELLANT, *v.* DUNSON, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Dunson,* Slip Opinion No. 2018-Ohio-5213.]**

*Court of appeals' judgment reversed on authority of* State v. Braden.

(No. 2017-0186—Submitted April 26, 2018—Decided December 27, 2018.)

APPEAL from the Court of Appeals for Montgomery County,

No. 26990, 2016-Ohio-8365.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Braden,* ___ Ohio St.3d ___, 2018-Ohio-5079, ___ N.E.3d ___.

O'DONNELL, KENNEDY, FISCHER, DEWINE, and DEGENARO, JJ., concur.

O'CONNOR, C.J., and FRENCH, J., dissent for the reasons stated in the dissenting opinion of FRENCH, J., in *State v. Braden,* ___ Ohio St.3d ___, 2018-Ohio-5079, ___ N.E.3d ___, and would address the accepted proposition of law.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Meagan D. Woodall and Heather N. Jans, Assistant Prosecuting Attorneys, for appellant.

Timothy Young, Ohio Public Defender, and Patrick T. Clark, Assistant Public Defender, for appellee.

Elizabeth Bonham, Caitlin Hill, Freda J. Levenson, and R. Orion Danjuma, urging affirmance for amici curiae American Civil Liberties Union of Ohio, American Civil Liberties Union Foundation, Southern Poverty Law Center, and Lawyers' Committee for Civil Rights Under Law.

_____